UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI LI-XING,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; Daniel A. BRIGHTMAN, Acting Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Sirce OWEN, Acting Director for Executive Office for Immigration Review; Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pam BONDI, Attorney General of the United States,<br><br>　　　　　　　　　　Respondents. | Case No.: 26-CV-412 TWR (DEB)<br><br>**ORDER: (1) ORDERING RESPONDENTS TO SHOW CAUSE, AND (2) SETTING HEARING**<br><br>(ECF No. 1) |

　　　Presently before the Court is Petitioner Chai Li-Xing's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1.) Accordingly, the Court **ORDERS** Respondents Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center, San Diego, California; Daniel A. Brightman, Acting Field Office Director, San

1 | Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Sirce Owen, Acting Director for Executive Office for Immigration Review; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pam Bondi, Attorney General of the United States, **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than <u>5:00 p.m. on Tuesday January 27, 2026</u>. Additionally, the Court **SETS** an Order to Show Cause Hearing for <u>Thursday, January 29, 2026, at 10:30 a.m. in Courtroom 14A.</u>

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
Honorable Todd W. Robinson
United States District Judge